*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 16, 2015                519588
_____

In the Matter of the Claim of
    MICHAEL J. KELSEY,
                    Appellant.

GALSON LABORATORIES, INC.,                MEMORANDUM AND ORDER
                    Respondent.

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  February 24, 2015

Before:  Peters, P.J., McCarthy, Egan Jr. and Devine, JJ.

_____

    Michael J. Kelsey, East Syracuse, appellant pro se.

    SGS North America Inc., Rutherford, New Jersey (Matthew J.
Cowan of counsel), for Galson Laboratories, Inc., respondent.

    Eric T. Schneiderman, Attorney General, New York City (Dawn
A. Foshee of counsel), for Commissioner of Labor, respondent.

_____

    Appeal from a decision of the Unemployment Insurance Appeal
Board, filed November 6, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because his employment was terminated due to misconduct.

    Decision affirmed.  No opinion.

    Peters, P.J., McCarthy, Egan Jr. and Devine, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court